ARIANIT SIMONI, Respondent, v PAUL J. NAPOLI, ESQ., et al., Appellants. [954 NYS2d 870]—

The motion court providently exercised its discretion in denying defendants' request for a stay of the legal malpractice action pending resolution of plaintiff's personal injury action (*see* CPLR 2201). The proceedings do not share complete identity of

parties, claims and relief sought (*see 952 Assoc., LLC v Palmer*, 52 AD3d 236 [1st Dept 2008]; *Esposit v Anderson Kill Olick & Oshinsky*, 237 AD2d 246 [2d Dept 1997]).

The motion court also properly permitted plaintiff to amend the complaint (*see* CPLR 3025 [b]). The amended complaint and the documents submitted in support of the cross motion allege facts from which it could reasonably be inferred that defendants' negligence caused plaintiff's loss (*see Garnett v Fox, Horan & Camerini, LLP*, 82 AD3d 435 [1st Dept 2011]). At this stage of the proceedings, plaintiff does not have to show that he actually sustained damages as a result of defendants' alleged malpractice (*id.* at 436). Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.